1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   WAYNE LEE McDANIEL,              )    Case No. EDCV 08-272-VBF  (OP)
                                      )
12                                    )    ORDER ADOPTING FINDINGS,
                    Petitioner,       )    CONCLUSIONS, AND
                                      )    RECOMMENDATIONS OF
13                                    )    UNITED STATES MAGISTRATE
             v.                       )    JUDGE
14                                    )
     J. WALKER, Warden.               )
15                                    )
                                      )
                    Respondent.       )
16   _____)

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

18   and files herein, and the Report and Recommendation of the United States Magistrate

19   Judge, de novo.  The Court concurs with and adopts the findings, conclusions, and

20   recommendations of the Magistrate Judge,

21   / / /

22   / / /

23   / / /

24
25
26
27
28

1

    IT IS ORDERED  that Judgment be entered:  (1) approving and adopting this

2

Report and Recommendation; and (2) directing that Judgment be entered denying the

3

Petition and dismissing this action with prejudice.

4

5

6

DATED:   __7-19-10__

HONORABLE VALERIE BAKER FAIRBANK

7

United States District Judge

8

9

Prepared by:

10

11

12

HONORABLE OSWALD PARADA

13

United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28