JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE LEE McDANIEL, | Case No. EDCV 08-272-VBF (OP) |
| Petitioner, | JUDGMENT |
| v. | |
| J. WALKER, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 07-19-10

*/s/ Valerie Baker Fairbank*
HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

Prepared by:

*/s/ Oswald Parada*
HONORABLE OSWALD PARADA
United States Magistrate Judge